AMENDED APPLICATION (corrects and updates Dkt. 4)

FILED
11/24/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

Case No: 1:26-CV-14122

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Rebekah Katherine Brewis

(full name of plaintiff or petitioner)

vs.

Donald J. Trump, et al.

(full name of defendant(s) or respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (NON-PRISONER CASE)

Case number: 1:26-cv-14122

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

- ☑ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
- ☑ to request an attorney

1. *Are you employed?*
   - ☐ Yes Name and address of employer: Self-employed only (Aeroswift Legal Consultants); no salary or wages.
     Total amount of monthly take-home pay: ____
   - ☑ No Date(s) of last employment: December 2025 Last monthly take-home pay: $788.50
2. *If married, is your spouse employed?* ☑ Not married
   - ☐ Yes Name and address of spouse's employer: N/A
     Total amount of spouse's monthly take-home pay: N/A
   - ☐ No Date(s) of spouse's last employment: N/A Spouse's last monthly take-home pay: N/A
3. *Other sources of income / money*: For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

| | (*list the 12-month total for each*) |
|---|---|
| Self-employment, business, or profession: | $ about $1,000 |
| Income from interest or dividends: | $ 0 |
| Income from rent payments: | $ 0 |
| Pensions, annuities, or life insurance: | $ 0 |
| Disability or worker's compensation: | $ 0 |
| Gifts (including deposits into any accounts in your name): | $ about $22,000 (see attachment) |
| Unemployment, public assistance, or welfare: | $ about $1,200 (see attachment) |
| Settlements or judgments (include any that are expected): | $ 0 (see attachment) |
| **Any other source of money**: | $ see attachment |

4. *Cash and bank accounts:* Do you and/or your spouse have any money in cash or in a checking or savings account? ☐ Yes ☑ No If yes, how much? $0 (see attachment)

5. *Other assets:* Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☑ No

   If yes, list each item of property and state its approximate value:
   None.

6. *Dependents:* Is anyone dependent on you and/or your spouse for support? ☐ Yes ☑ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   None.

7. *Debts and financial obligations:* List any amounts you owe to others:
   Student loans: $21,000. Bank loan: about $1,000.

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney:*
   See attachment.

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: November 24, 2026

/s/ Rebekah K Brewis, Pro Se
*Applicant's signature*

Rebekah Katherine Brewis
*Printed name*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## ATTACHMENT TO AMENDED APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (NON-PRISONER CASE)

Rebekah Katherine Brewis vs. Donald J. Trump, et al. Case number: 1:26-cv-14122

Continuation of answers that are longer than the lines on the form. The numbers are the numbers on the form.

This amended application corrects and updates my application of November 12, 2026 (Dkt. 4). The gifts figure there was too high. It listed CalFresh and Medi-Cal without amounts, did not list my General Relief, and did not list the December 16, 2025 sale of my motorcycle.

**No. 3, Gifts (including deposits into any accounts in your name):**

Emergency help from friends and others during the past year, at least $22,100 in total per the bank and Cash App records on hand, plus about $181 in small online donations, given irregularly when I had nowhere to stay. My bank records show $15,450 of it from March through July 2026, including $8,000 in two transfers in April, and none in May or June. All of it went to hotels and survival; none remains.

**No. 3, Unemployment, public assistance, or welfare:**

Los Angeles County General Relief, $221 a month, effective September 23, 2026; CalFresh, $306 a month since October 1, 2026 ($79 for September 2026); and Medi-Cal. My temporary NSA status for General Relief ended November 23, 2026; on November 23, 2026, I asked the Department of Public Social Services to continue it (Confirmation 81467354).

**No. 3, Settlements or judgments (include any that are expected):**

0 in the past 12 months ($25,000, Brewis v. Peterson, received October 2025, is spent).

**No. 3, Any other source of money:**

Bank loan: about $1,000; sale of a motorcycle, Dec. 16, 2025: about $4,800. On December 16, 2025, I sold, under pressure, a motorcycle I had bought on October 24, 2025 for $10,064.13, for about $4,800. It returned money already spent; none remains.

**No. 4, Cash and bank accounts:**

I have $0. Each of my checking and savings accounts was at or below $0 at the end of each month, May through October 2026.

**No. 8, Other information:**

I am permanently disabled and have no permanent residence; for my safety I live in hotels. My monthly expenses are about $3,100. Fee waivers granted: Circuit Court of Cook County (application filed Sept. 18, 2026); Michigan Court of Claims (Nov. 4, 2026); this Court, Brewis v. iMotorsports, Inc., No. 1:26-cv-00878, Dkt. 13 (Mar. 12, 2026).

Declaration: I declare under penalty of perjury that all of the information listed above is true and correct.

Date: November 24, 2026

/s/ Rebekah K Brewis, Pro Se
Applicant's signature

Rebekah Katherine Brewis
Printed name